UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                  :

NAQUONE TAYLOR,                  :    **<u>FINAL JUDGMENT OF</u>**
                                                  :    **<u>MANDATORY INJUNCTION</u>**
               Plaintiff,       :
                                                  :    15-cv-5410 (BMC)

        - against -            :
                                                  :

312 GRAND STREET LLC and HAPPY   :
M.E.W.S. INC., d/b/a Mulholland's,    :
                                                  :
            Defendants.      :
---------------------------------------------------------- X

       Plaintiff having moved for a default judgment against defendants in this action (the "Default Motion"); and defendants having failed to timely answer or appear; and the Clerk of Court having entered their default upon the record pursuant to Federal Rule of Civil Procedure 55(a); and the Court, by Memorandum Decision and Order dated March 22, 2016 (the "MDO"), having granted the Default Motion in part; it is hereby

       **ORDERED AND ADJUDGED**, that plaintiff's motion for a default judgment is granted to the extent set forth in the MDO; and it is further

       **ORDERED, ADJUDGED, AND DECREED**, that (1) defendants shall submit to plaintiff's counsel an architectural plan that remedies the Americans with Disabilities Act Accessibility Guidelines violations identified in paragraph 5 of the Declaration of Jay Egilmez, dated February 22, 2015, annexed to the Default Motion, within 60 days of plaintiff's filing of proof of service of the MDO upon defendants; (2) within 30 days from receipt of defendants' plans, plaintiff shall consent to it or seek further relief from the Court; and (3) defendants shall make any necessary alterations within 60 days of plaintiff's consent or subsequent Order of the Court; and it is further

**ORDERED AND ADJUDGED**, that plaintiff may renew his motion for attorneys' fees and costs as provided in the MDO.

**SO ORDERED.**

_____
                                                    U.S.D.J.

Dated: Brooklyn, New York
        March 22, 2016